# EXHIBIT A

# Area code 608

The **608 area code** covers much of southwestern Wisconsin, including the capital city of Madison as well as the cities of Waunakee, Mount Horeb, Verona, Sun Prairie, Monroe, Platteville, Lancaster, Lodi, Portage, Baraboo, Wisconsin Dells, Beloit, Janesville, La Crosse, Prairie du Chien, Prairie du Sac, Sauk City, Viroqua and Sparta. It was created in 1955 as a split from area code 414, and was the third area code created in Wisconsin. Rapid growth of the area (specifically in Dane County) has brought the 608 area code close to exhaustion with most recent projections from NANPA projecting the need for an overlay code by late 2023.[1]




Counties served by this area code:

> Adams, Buffalo, Columbia, Crawford, Dane, Grant, Green, Iowa, Jackson, Juneau, La Crosse, Lafayette, Marquette, Monroe, Richland, Rock, Sauk, Trempealeau, and Vernon

## Contents

Ten-digit dialing
See also
References
External links

## Ten-digit dialing

Prior to October 2021, area code 608 had telephone numbers assigned for the central office code 988. In 2020, *988* was designated nationwide as a dialing code for the National Suicide Prevention Lifeline, which created a conflict for exchanges that permit seven-digit dialing. This area code was therefore scheduled to transition to ten-digit dialing by October 24, 2021.[2]

# See also

- List of NANP area codes
- North American Numbering Plan

# References


1. https://nationalnanpa.com/reports/2022-1_NPA%20Exhaust_Projections.pdf
2. "Transition to 10-digit dialing (for 988 as 3-digit access to National Suicide Prevention Hotline)" (https://nationalnanpa.com/pdf/PL_556.pdf) (PDF). North American Numbering Plan Administrator. January 8, 2021. Retrieved March 9, 2021.


# External links

- Map of Wisconsin area codes (https://web.archive.org/web/20110402130231/http://www.nanpa.com/area_code_maps/display.html?wi) at North American Numbering Plan Administration's website (http://www.nanpa.com/)
- List of exchanges from AreaCodeDownload.com, 608 Area Code (https://web.archive.org/web/20090212000857/http://www.areacodedownload.com/608/index.html)

Wisconsin area codes: 262, 414, 534/715, 608, 920

| | | |
|---|---|---|
| | **North**: 715/534 | |
| **West**: 507, 563 | **Area Code 608** | **East**: 262, 920/274 |
| | **South**: 779/815 | |
| Illinois area codes: 217, 224/847, 309, 312, 331/630, 618, 708, 773, 779/815, 872 | | |
| Iowa area codes: 319, 515, 563, 641, 712 | | |
| Minnesota area codes: 218, 320, 507, 612, 651, 763, 952 | | |

Retrieved from "https://en.wikipedia.org/w/index.php?title=Area_code_608&oldid=1084494353"

This page was last edited on 24 April 2022, at 20:45 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.