# EXHIBIT B

NANPA

# Area Codes Map

**WI - Wisconsin**




Follow these directions to save the map above to your computer.

- **PC Users -** Right click on the image and follow the directions provided by your browser to download the map.
- **MAC Users -** Hold down button and select "download image to disk" in the box that pops up.
- Choose the folder on your computer where you wish to save it to.

Print Map | Close Window

Legal Notice | Neutrality (docx) | Privacy Notice | Website Guide