Gmail **Anthony Paronich <anthony@paronichlaw.com>**

# RE: Tiefenthaler v. USHA [IWOV-Active.FID15266308]

1 message

**Jeffrey Backman** <Jeffrey.Backman@gmlaw.com> Thu, Aug 18, 2022 at 12:57 PM
To: Anthony Paronich <anthony@paronichlaw.com>, Roy Taub <Roy.Taub@gmlaw.com>

Anthony, we would not oppose a request to transfer to the Fort Worth Division of the Northern District of Texas. Let us know if that's the route you'll go.

GreenspoonMarder LLP 40 — CELEBRATING FORTY YEARS TOGETHER

***Jeffrey A. Backman, Esq.***

*Partner*

200 East Broward Boulevard

Suite 1800

Fort Lauderdale, FL 33301

Toll Free - (888)491-1120

Direct Fax - (954)213-0140

Direct Dial - (954)734-1853

Email: jeffrey.backman@gmlaw.com

http://www.gmlaw.com

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, August 17, 2022 10:19 PM
**To:** Roy Taub <Roy.Taub@gmlaw.com>
**Cc:** Jeffrey Backman <Jeffrey.Backman@gmlaw.com>
**Subject:** Re: Tiefenthaler v. USHA

Would it resolve a portion of the motion to transfer to Texas? I'm fine litigating there.

Is there a third party company that could be identified that sent the text messages?

On Aug 17, 2022, at 9:59 PM, Roy Taub <Roy.Taub@gmlaw.com> wrote:

Anthony,

1. There are no jurisdictional contacts with Massachusetts. Plaintiff's cell phone number is a Wisconsin area code and, indeed, USHA is not licensed to sell insurance in Massachusetts and therefore does not purposefully direct any conduct toward Massachusetts.

2. Contrary to the allegations in the Complaint, USHA did not send any text messages to Plaintiff (per sworn testimony from USHA).

3. Even though the Complaint squarely posits specific personal jurisdiction is premised upon USHA placing the text messages to Plaintiff, in any event, there is no way to impute personal jurisdiction through an agency relationship both as a matter of what is pleaded or in terms of evidence upon sworn testimony from USHA.

Greenspoon Marder LLP — CELEBRATING FORTY YEARS TOGETHER

Roy Taub

Greenspoon Marder LLP

Partner

200 East Broward Boulevard, Suite 1800

Fort Lauderdale, FL 33301

Direct Phone Number: (954) 527-6231

Office Phone Number: (954) 491-1120

roy.taub@gmlaw.com

www.gmlaw.com

[facebook.com] [linkedin.com] [twitter.com]

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, August 17, 2022 7:50 PM
**To:** Roy Taub <Roy.Taub@gmlaw.com>
**Cc:** Jeffrey Backman <Jeffrey.Backman@gmlaw.com>
**Subject:** Re: Tiefenthaler v. USHA

Hello, Roy. What's the general basis for the motion?

On Aug 17, 2022, at 6:25 PM, Roy Taub <Roy.Taub@gmlaw.com> wrote:

Anthony,

We will be filing a motion to dismiss for lack of personal jurisdiction on Friday. In accordance with Local Rule 7.1(a), please advise when you can meet and confer to discuss and attempt to resolve or narrow the issue.

Thanks,

Greenspoon Marder LLP — CELEBRATING FORTY YEARS TOGETHER

Roy Taub

Greenspoon Marder LLP

Partner

200 East Broward Boulevard, Suite 1800

Fort Lauderdale, FL 33301

Direct Phone Number: (954) 527-6231

Office Phone Number: (954) 491-1120

roy.taub@gmlaw.com

www.gmlaw.com

[facebook.com] [linkedin.com] [twitter.com]

GREENSPOON MARDER LLP LEGAL NOTICE
The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.