# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:22−cv−11132−RGS

| | |
|---|---|
| Tiefenthaler v. USHealth Advisors, LLC | Date Filed: 07/14/2022 |
| Assigned to: Judge Richard G. Stearns | Date Terminated: 08/31/2022 |
| Cause: 47:227 Restrictions of Use of Telephone Equipment | Jury Demand: Plaintiff |
| | Nature of Suit: 485 Telephone Consumer Protection Act (TCPA) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Hans Tiefenthaler**  represented by  **Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508−221−1510
Email: anthony@paronichlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USHealth Advisors, LLC**  represented by  **Jeffrey A. Backman**
Greenspoon Marder, P.A.
200 E. Broward Blvd., Suite 1800
Ste 1800
Ft. Lauderdale, FL 33301
954−491−1120
Fax: 954−734−1853
Email: jeffrey.backman@gmlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy Taub**
Greenspoon Marder, P.A.
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491−1120
Email: roy.taub@gmlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul M. Kessimian**
Partridge Snow & Hahn LLP
Suite 1100
40 Westminster Street
Providence, RI 02903

401−861−8200
Fax: 401−861−8210
Email: pk@psh.com
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2022 | Ï 1 | COMPLAINT against USHealth Advisors, LLC Filing fee: $ 402, receipt number AMADC−9410098 (Fee Status: Filing Fee paid), filed by Hans Tiefenthaler. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Civil Category Form)(Paronich, Anthony) (Entered: 07/14/2022) |
| 07/14/2022 | Ï 2 | ELECTRONIC NOTICE of Case Assignment. Judge Richard G. Stearns assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Jennifer C. Boal. (Danieli, Chris) (Entered: 07/14/2022) |
| 07/14/2022 | Ï 3 | Summons Issued as to USHealth Advisors, LLC. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Geraldino−Karasek, Clarilde) (Entered: 07/14/2022) |
| 07/15/2022 | Ï 4 | SUMMONS Returned Executed USHealth Advisors, LLC served on 7/15/2022, answer due 8/5/2022. (Paronich, Anthony) (Entered: 07/15/2022) |
| 08/04/2022 | Ï 5 | NOTICE of Appearance by Paul M. Kessimian on behalf of USHealth Advisors, LLC (Kessimian, Paul) (Entered: 08/04/2022) |
| 08/04/2022 | Ï 6 | MOTION for Extension of Time to August 19, 2022 to Respond to Complaint by USHealth Advisors, LLC.(Kessimian, Paul) (Entered: 08/04/2022) |
| 08/05/2022 | Ï 7 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 6 Motion for Extension of Time until August 19, 2022, to respond to the Complaint.<br>(Zierk, Marsha) (Entered: 08/05/2022) |
| 08/16/2022 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Jeffrey A. Backman Filing fee: $ 100, receipt number AMADC−9455834 by USHealth Advisors, LLC. (Attachments: # 1 Exhibit A)(Kessimian, Paul) (Entered: 08/16/2022) |
| 08/16/2022 | Ï 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Roy Taub Filing fee: $ 100, receipt number AMADC−9455850 by USHealth Advisors, LLC. (Attachments: # 1 Exhibit A)(Kessimian, Paul) (Entered: 08/16/2022) |
| 08/17/2022 | Ï 10 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice. Added Jeffrey A. Backman.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(Pacho, Arnold) (Entered: 08/17/2022) |
| 08/17/2022 | Ï 11 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 9 Motion for Leave to Appear Pro Hac Vice. Added Roy Taub. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account. (Pacho, Arnold) (Entered: 08/17/2022) |
| 08/19/2022 | 12 | MOTION to Dismiss by USHealth Advisors, LLC.(Taub, Roy) (Entered: 08/19/2022) |
| 08/19/2022 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss filed by USHealth Advisors, LLC. (Attachments: # 1 Exhibit Exhibit A – Area Code 608, # 2 Exhibit Exhibit B – NANPA Number Resources NPA (Area), # 3 Exhibit Dean Whaley Declaration)(Taub, Roy) (Entered: 08/19/2022) |
| 08/26/2022 | 14 | RESPONSE to Motion re 12 MOTION to Dismiss filed by Hans Tiefenthaler. (Attachments: # 1 Exhibit 1 −− Conferral with Counsel)(Paronich, Anthony) (Entered: 08/26/2022) |
| 08/27/2022 | 15 | STIPULATION re 14 Response to Motion, 12 MOTION to Dismiss , 13 Memorandum in Support of Motion, *to Transfer* by Hans Tiefenthaler. (Paronich, Anthony) (Entered: 08/27/2022) |
| 08/31/2022 | 16 | Judge Richard G. Stearns: ORDER entered re 15 Stipulation. JOINT STIPULATION AND ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION. (Currie, Haley) (Entered: 08/31/2022) |
| 08/31/2022 | 17 | Case transferred to the Northern District of Texas;. Original file certified copy of transfer order and docket sheet sent to Clerk in that district. (Currie, Haley) (Entered: 08/31/2022) |