UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HANS TIEFENTHALER, et. al., *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 8:22-CV-00780-P |
| | § | |
| USHEALTH ADVISORS, LLC, *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Greenspoon Marder, LLP, with offices at

200 E. Broward Blvd., Suite 1800
(Street Address)

Fort Lauderdale (City) FL (State) 33301 (Zip Code)

(954) 491-1120 (Telephone No.) (954) 213-0140 (Fax No.)

**II.** Applicant will sign all filings with the name Jeffrey A. Backman.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

USHEALTH ADVISORS, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

Florida, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:

Bar license number: 662501 Admission date: September 29, 2003

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attached. | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

See Attached.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| 06/20/18 | HIRSCH v. USHEALTH ADVISORS, LLC, Case No.: 4:18-cv-245-Y |
| 09/24/19 | ODOM v. USHEALTH ADVISORS, LLC, Case No. 4:19-cv-00631-P |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Jeff Whitfield of the law firm of Kelly Hart & Hallman LLP, who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth (City) Texas (State) 76102 (Zip Code)

(817) 332-2500 (Telephone No.) N/A (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 23 day of September , 2022

Jeffrey Backman
Printed Name of Applicant

*/s/ Jeffrey Backman*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**JEFFREY A. BACKMAN**
**ADMISSIONS TO COURTS***

| COURT | ADMISSION DATE |
|---|---|
| Florida Bar (Bar #662501) | 09.29.03 |
| U.S. District Court, Northern District of Florida | 2004 |
| U.S. District Court, Southern District of Florida | 04.09.2004 |
| U.S. District Court, Middle District of Florida | 2013 |
| U.S. Bankruptcy Court, Southern District of Florida | 2010 |
| U.S. Court of Appeals, Eleventh Circuit | 2007 |
| U.S. Court of Appeals, First Circuit | 07.14.09 |
| U.S. District Court, Eastern District of Michigan | 01.23.08 |
| U.S. District Court, Western District of Michigan | 10.22.13 |
| U.S. District Court, District of Colorado | 2009 |
| U.S. Court of Appeals, Second Circuit | 04.25.13 |
| U.S. Court of Appeals, District of Columbia Circuit (Bar#54865) | 06.17.13 |
| U.S. District Court, Northern District of New York (Bar#303118) | 10.15.13 |
| U.S. District Court, Eastern District of New York | 09.10.13 |
| U.S. District Court, Western District of Michigan | 10.22.13 |
| U.S. District Court, District of Arizona | 11.27.13 |
| U.S. District Court, Southern District of California | 12.5.13 |
| U.S. District Court, Central District of California | 08.11.14 |
| U.S. District Court, Northern District of Ohio | 08.12.14 |

*Status is active on all admissions.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

HANS TIEFENTHALER, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

USHEALTH ADVISORS, LLC, a limited liability company,

Defendant.

______________________________________/

Case No.: 8:22-CV-00780-P

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, I, Jeffrey A. Backman, declare as follows:

1. My full name is Jeffrey A. Backman.

2. I am a Partner with the law firm of Greenspoon Marder LLP.

3. I practice under the following firm name or letterhead

   Greenspoon Marder LLP
   200 East Broward Blvd., Suite 1800
   Fort Lauderdale, Florida 33301
   (954) 491-1120
   Email address: jeffrey.backman@gmlaw.com

4. I submit this declaration in support of my Motion for Admission to Practice Pro Hac Vice in the above captioned matter.

5. I was admitted to practice in the Florida State Court on September 29, 2003 and I am currently and at all times of my membership in the Florida Bar have been a member in good standing. My Florida Bar Registration number is 0662501.

6. In a case I was involved with pending in the Southern District of California, *McCurley v. Royal Seas Cruises, Inc.*, No. 3:17-cv-00986-BAS-AGS (S.D. Cal.), undersigned counsel's law firm and its client were the subject of a sanctions motion filed by opposing counsel. The issue related to a discovery dispute concerning alleged improper contact with a represented party. Opposing counsel in that same case, in January 2020, on the eve of summary judgment, also filed a complaint against counsel with the Florida Bar relating to the same discovery dispute. At the time of the Bar complaint, the case had been contentiously litigated over the course of nearly four years. Following the resolution of the discovery motion, the Court granted a defense summary judgment. Roughly two years later, the Ninth Circuit reversed, in part, and the matter continues to be litigated. The undersigned counsel has been a member of the Florida Bar in good standing since 2003 and other than this single incident has not been sanctioned by any Court. My response was filed to the Bar complaint and the matter is pending.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and of the laws of the United States that the foregoing is true and correct.

DATED this 22nd day of September, 2022.

____________________________

JEFFREY A. BACKMAN, ESQ.

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 0662501
Jeffrey Aaron Backman
Greenspoon Marder, P.A.
200 E Broward Blvd Ste 1500
Fort Lauderdale, FL 33301-1874

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 29, 2003**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **September**, **2022**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-199215