**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| HANS TIEFENTHALER, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USHEALTH ADVISORS, LLC<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION FILE NO. 4:22-cv-780-P |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff Hans Tiefenthaler, and Defendant USHEALTH Advisors, LLC, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Tiefenthaler's claims against Defendant. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

RESPECTFULLY SUBMITTED AND DATED this January 14, 2023.

Signatures:

*/s/ Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Roy Taub*
Jeffrey A. Backman
(N.D. Tex. Bar application in process)
Roy Taub (*pro hac vice*)
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954-491-1120
Facsimile: 954-343-6958
jeffrey.backman@gmlaw.com
jessica.serrano-cartagena@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

Jeff Whitfield (Bar No. 24060825)
**KELLY HART & HALLMAN LLP**
jeff.whitfield@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

*Attorneys for Defendant*
*USHEALTH Advisors, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2023 I filed the foregoing through CM/ECF.

/s/ *Anthony I. Paronich*
Anthony I. Paronich, *Admitted Pro Hac Vice*