UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HANS TIEFENTHALER, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,**

   Plaintiff,

v.                                         **No. 4:22-cv-0780-P**

**USHEALTH ADVISORS, LLC,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Joint Stipulation of Dismissal entered on January 16, 2023:

It is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **18th day** of **January 2023.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE